SAMUEL R. KURZMAN, Individually and Suing on Behalf of All Other
Stockholders of KAYRAY REALTY CORPORATION Similarly Situated, Plaintiff,

and Rose L. Kurzman, Plaintiff-Appellant, v. Stuyvesant Construction Corporation et al., Defendants, and M. Farbman & Sons, Inc., Defendant-Respondent.—

Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.